**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CLARENCE RICHARDSON                                                                        PLAINTIFF

v.                                            No. 2:11CV00026 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Clarence Richardson's complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE